**UNITED STATES of America, Plaintiff–Appellee,**

v.

**William Terrence CROSS, a/k/a Red, Defendant–Appellant.**

**No. 13–6274.**

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 7, 2013.

Decided: Nov. 14, 2013.

William Terrence Cross, Appellant Pro Se. Laura Pellatiro Tayman, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Cross seeks to appeal his conviction for tampering with a witness and retaliation against a witness. Cross was sentenced in 2003 and received a fourteen-year sentence. This court summarily affirmed Cross's convictions and remanded for resentencing after the Government cross-appealed. *United States v. Cross,* 371 F.3d 176 (4th Cir.2004). The court affirmed the sentence imposed at resentencing. *United States v. Cross,* 159 Fed. Appx. 484 (4th Cir.2005) (unpublished). In

January 2013, Cross filed another notice of appeal of the criminal judgment, specifically challenging a pre-trial order denying Cross's motion to dismiss for lack of jurisdiction. However, because we have previously affirmed this criminal judgment, we dismiss the appeal as duplicative and untimely. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*